1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF CALIFORNIA

9

10   SCOTT ANTHONY LIGGETT,              )        1:06-CV-0447 AWI WMW (HC)
                                         )
11          Petitioner,                  )
                                         )        ORDER GRANTING EXTENSION OF
12       v.                              )        TIME TO FILE ANSWER TO PETITION
                                         )        FOR WRIT OF HABEAS CORPUS
13   D. L. RUNNELS,                      )        (DOCUMENT #7)
                                         )
14          Respondent.                  )
     _____)

15

16

17          Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C.

18   § 2254.  On May 23, 2007, respondent filed a motion to extend time to file an Answer to the Petition

19   for Writ of Habeas Corpus.  Good cause having been presented to the Court and GOOD CAUSE

20   APPEARING THEREFOR, IT IS HEREBY ORDERED that:

21          Respondent is granted thirty days from the date of service of this order in which to file an Answer

22   to the Petition for Writ of Habeas Corpus.

23   IT IS SO ORDERED.

     **Dated:    June 25, 2007**                      /s/  **William M. Wunderlich**
24                                                 UNITED STATES MAGISTRATE JUDGE

25

26

27

28